```
                                FILED IN THE
                              U.S. DISTRICT COURT
                         EASTERN DISTRICT OF WASHINGTON

                                OCT 03 2003

                            JAMES R. LARSEN, CLERK
                            _____ DEPUTY
                              SPOKANE, WASHINGTON
```

IN THE
UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| **SHARALLE ARNOLD, ET AL.** | Hearing Date: |
| Plaintiff/Petitioner | CAUSE NO. **CS-03-0335-FVS** |
| vs.<br>**CITY OF PULLMAN POLICE DEPARTMENT, ET AL.**<br><br>Defendant/Respondent | DECLARATION OF SERVICE OF:<br>**SUMMONS IN A CIVIL CASE TO: CITY OF PULLMAN POLICE DEPARTMENT; SUMMONS IN A CIVIL CASE TO: WILLIAM T. WEATHERLY, JR.; SUMMONS IN A CIVIL CASE TO: OFFICER DAN HARGRAVES; SUMMONS IN A CIVIL CASE TO: OFFICER RUBEN HARRIS; SUMMONS IN A CIVIL CASE TO: OFFICER DON HEROFF; SUMMONS IN A CIVIL CASE TO: OFFICER ANDREW WILSON; COMPLAINT FOR INJUNCTIVE RELIEF AND DAMAGES; CIVIL COVER SHEET** |

The undersigned hereby declares: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On the **23rd day of September, 2003, at 1:10 PM**, at the address of **325 SE Paradise, PULLMAN, Whitman** County, **WA**; this declarant served the above described documents upon **CITY MANAGER, CITY OF PULLMAN,** by then and there personally delivering **1** true and correct copy(ies) thereof, by then presenting to and leaving the same with **John Sherman, City Supervisor**.

No Information was provided or discovered that indicates that the subjects served are members of the U.S. military.

Declarant hereby states under penalty of perjury under the laws of the State of **Washington** that the statement above is true and correct.

DATED this 25th day of September, 2003.

_Jon Groff, Reg. # 630, Spokane_

**Service Fees Total** _____95_____
  _Agent/Server Do NOT Price_

| | | |
|---|---|---|
| ABC's Client Name<br>**Gordon, Thomas (Tacoma)** | ORIGINAL PROOF OF<br>SERVICE | ABC Tracking #: **3206437** |

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

OCT 03 2003

JAMES R. LARSEN, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

IN THE
UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| **SHARALLE ARNOLD, ET AL.**<br><br>Plaintiff/Petitioner<br><br>vs.<br>**CITY OF PULLMAN POLICE DEPARTMENT, ET AL.**<br><br>Defendant/Respondent | Hearing Date:<br><br>CAUSE NO. **CS-03-0335-FVS**<br><br>DECLARATION OF SERVICE OF:<br>SUMMONS IN A CIVIL CASE TO: CITY OF PULLMAN POLICE DEPARTMENT; SUMMONS IN A CIVIL CASE TO: WILLIAM T. WEATHERLY, JR.; SUMMON SIN A CIVIL CASE TO: OFFICER DAN HARGRAVES; SUMMONS IN A CIVIL CASE TO: OFFICER RUBEN HARRIS; SUMMONS IN A CIVIL CASE TO: OFFICER DON HEROFF; SUMMONS IN A CIVIL CASE TO: OFFICER ANDREW WILSON; COMPLAINT FOR INJUNCTIVE RELIEF AND DAMAGES; CIVIL COVER SHEET |

The undersigned hereby declares: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On the **23rd day of September, 2003, at 12:52 PM**, at the address of **234 E Main Street, PULLMAN**, Whitman County, **WA** ; this declarant served the above described documents upon **MAYOR MITCH CHANDLER/CITY OF PULLMAN,** by then and there personally delivering **1** true and correct copy(ies) thereof, by then presenting to and leaving the same with **MITCH CHANDLER, MAYOR CITY OF PULLMAN**.

No Information was provided or discovered that indicates that the subjects served are members of the U.S. military.

Declarant hereby states under penalty of perjury under the laws of the State of **Washington** that the statement above is true and correct.

DATED this **25th day of September, 2003.**

Jon Groff, Reg. # 630, Spokane

Service Fees Total ___75___
*Agent/Server Do NOT Price*

ABC's Client Name             ORIGINAL PROOF OF           ABC Tracking #: **2884382**
**Gordon, Thomas (Tacoma)**    SERVICE

https://www.abclegal.com/asp/aas/pos/perlres.asp?id=2884382&displayid=1            9/25/03