EXHIBIT  D  , PAGE 21

# EXHIBIT D

EXHIBIT  D  , PAGE 21

# NAEGELI REPORTING CORPORATION

Portland, OR  
(503) 227-1544

Spokane, WA  
(509) 838-6000



AUG 0 9 2004  
Seattle, WA  
(206) 622-3376

Coeur d'Alene, ID  
(208) 667-1163

**THADDEUS P. MARTIN ESQUIRE**  
GORDON, THOMAS, HONEYWELL, MALANCA, PETERSON & DAHEIM  
SUITE 2100, WELLS FARGO PLAZA  
1201 PACIFIC AVENUE  
TACOMA, WA 98401

Remit to the Corporate Office:  
2020 US Bancorp Tower  
111 S.W. Fifth Avenue  
Portland, OR 97204

Tax Number: 93-1079908

| | | | |
|---|---|---|---|
| Asg. Date: | 07/01/2004 | | |
| Case\Assg No. | 497-23 | Invoice # | 3462 |
| Case Caption: | ARNOLD, SHARALLE vs. PULLMAN POLICE DEPARTMENT, CITY OF | Invoice Date | 07/30/2004 |

| | Additional Description | Pages | Total |
|---|---|---|---|
| **COPY/INDEX VIDEO DEPOSITION OF CANDACE S. MCCASKILL** | | | |
| COPY TRANSCRIPT | | 242 | $665.50 |
| EXHIBITS B/W | | | $31.50 |
| **COPY/INDEX VIDEO DEPOSITION OF MIA S. MOSLEY** | | | |
| COPY TRANSCRIPT | | 158 | $434.50 |
| EXHIBITS B/W | | | $20.25 |
| **ORIGINAL/INDEX VIDEO DEPOSITION OF WYOSHE WALKER** | | | |
| APPEARANCE FEE | .5 HOURS | | $26.50 |
| ORIGINAL TRANSCRIPT | | 8 | $30.00 |
| DELIVERY | | | $23.92 |

| | |
|---|---|
| Total Amount $ | $1,232.17 |
| Interest | $.00 |
| Total Tax | $.00 |
| Less Paid To Date | $.00 |

*Sent to pacom 8/10/04*  
*OK - TP*  
*26346-1*

Phone: (800) 528-3335     www.naegelireporting.com     Fax: (503) 227-7123

**Method of Payment:**  
☐ Check Enclosed  
Please Make Checks Payable to:  
**NAEGELI REPORTING CORPORATION**

Charge my credit card:  
☐ VISA  ☐ MasterCard  
☐ American Express

Signature (as it appears on your credit card)

Print Name (as it appears on your credit card)

Credit Card #     Exp. Date     Address (AS IT APPEARS ON BILLING STATEMENT)

EXHIBIT __D__, PAGE __22__

## Checker Limousine

10710 E Marginal Way S
Seattle, WA 98168
206-622-1234

# NO SMOKING
# NO CANCELLATIONS
# NO REFUNDS

# LEASE CONTRACT

2 616-6461.
6P BACK

DATE July 1 CAR T/C 1ST P/U 230pm 1ST D/O ——— 2ND P/U 6pm

AIRLINE _____ FLIGHT# _____ DOOR# _____

CLIENT Wiloshe Walker Walker CITY _____

ADDRESS 9500 Rainer AV S 108 STATE _____ ZIP 98118.

PHONE (206) 721-5920 FAX/CELL _____

CARD NUMBER Ace # _____ EXP. DATE _____

CC ___ CASH ___ BO ___ CONFIRMED Y / N  C.C. Auth. # _____

CARD HOLDER'S NAME _____ ICE Y / N

OCCASION _____ SURPRISE _____ FOR _____

1ST P/U _____

1ST D/O 1201 Pacific Ave Tacoma 98402

2ND P/U _____

2ND D/O _____

HOURLY RATE $ 45 HOURS 2 TOTAL AMOUNT 90

GRATUITY $ 20% TOTAL GRATUITY $18

TOTAL $ 108 CHAUFFEUR _____

PAID/PAY ___ PERCENT OR $ ___ TO ___ CONCIERGE SIGN $108

BOOKED BY A_ DATE BOOKED Jack MILEAGE OUT ___ IN ___ TIME IN ___

This contract between Checker Transportation referred to herein as *Leasor*, and above named client referred to herein as *Leasee* is a legally binding contract for the lease of a limousine from Checker Transportation. The parties agree as follows: 1. Leasor will provide limousine transportation service as provided above. Leasor will also provide the chauffeur for the limousine. 2. The Leasee agrees to pay for any of the following damage whether done by self or guests, or guests of guests where said damage was done during the lease of the limousine: Exterior window $300.00 (any damage). Limousine exterior $1,000.00 (any damage). Car sickness $175.00 (per occurrence of sickness inside the limousine). Odor removal $200.00. Radio/CD $650.00. Beverage spills $20.00 (per spill inside the limousine). Carpet damage $1,000.00. TV/VCR $500.00. General wiring $200.00 (any damage). Privacy window $700.00. Damage by smoking $1,000.00. General damage $1,000.00. Missing or damaged glasses, bowls, or decanters will be charge at $35.00 per item. The Leasee accepts the limousine in its present condition and has agreed to the above terms and full cash payment prior to the time of use. Leasee further agrees to be fully responsible for damage whether done by self, guests, or guests of guests. Reimbursement for damage is due at once at those fees established above or actual repair cost, whichever is greater. If the damage is that which is not listed the Leasee agrees to immediately pay to Leasor the estimated damage caused by Leasee, guests, or guests of guests. Damage may include up to the full value of the vehicle if said vehicle is lost or damaged due to action of Leasee or guests. Any liabilities caused by Leasee or guests or laws violated by same are the responsibility of Leasee. Any requests asking a driver to attempt unsafe driving resulting in damage to the vehicle results in liability being assumed by Leasee for any damage to vehicle. Leasee agrees that Leasee is responsible for all charges and damage costs. In the event the Leasor hires an attorney to enforce any of the express or implied terms of this contact, the Leasor shall be entitled to recover cost incurred which shall include a reasonable fee. Cellular phone calls from chauffeur's phone charged at $3.00 per minute for local calls, $5.00 per minute for long distance calls. Cellular phone calls will be paid by Leasee at the end of the time period for the lease of the limousine.

CELLULAR PHONE USAGE ___ | ___ | ___ | ___ | ___ | ___ | ___ |

Leasee agrees to pay for ALL HOURS originally scheduled (LISTED ABOVE) whether the time is used or not.

X Wyvonne M. Walker (LEASEE)    DATED this 1 day of July 2004

Comments/Directions:

Copyright © 1998 by Larry Walker

EXHIBIT D , PAGE 23